# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# BILLINGS  DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>MONTE CATO LITTLE COYOTE, Jr.,<br><br>Defendant. | CR 13-74-BLG-DWM-1<br><br>FINDINGS AND RECOMMENDATION CONCERNING PLEA |

The Defendant, by consent, appeared before me under Fed. R. Crim. P. 11 and entered a plea of guilty to the Indictment, which charges the crime of aggravated sexual abuse in violation of 18 U.S.C. §§ 1153(a) and 2241(a).

After examining the Defendant under oath, the Court determined that the guilty plea was knowingly, intelligently, and voluntarily entered; that the Defendant fully understands his constitutional rights and the extent to which such rights are waived; and that the offense charged and to which a guilty plea was entered contained each of the essential elements of the offense.

The Court further concludes that the Defendant had adequate time to consult with counsel. I recommend that the Defendant be adjudged guilty of the crime of aggravated sexual abuse in violation of 18 U.S.C. §§ 1153(a) and 2241(a), as charged in the Indictment, and that sentence, including restitution to the victim, be imposed. A presentence report has been ordered.

Objections to these Findings and Recommendation are waived unless filed and served within fourteen (14) days after the filing of the Findings and Recommendation. 28 U.S.C. § 636(b)(1)(B); Fed. R. Crim. P 59(b)(2).

DATED this 7th day of February, 2014.

/s/ Carolyn S. Ostby
United States Magistrate Judge