IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Cause No. 13-74-BLG-DWM |
| Plaintiff, | |
| vs. | ORDER |
| MONTE CATO LITTLE COYOTE, JR., | |
| Defendant. | |

Defendant Little Coyote moves the Court to reduce the sentence under 18 U.S.C. § 3582(c)(1)(A). His currently projected release date is July 16, 2023. *See* Inmate Locator, http://www.bop.gov/inmateloc (accessed Oct. 22, 2021).

The controlling statute authorizes sentencing courts to "reduce the term of imprisonment" on a motion filed by either the defendant or his warden. A defendant is not permitted to file a motion in the sentencing court unless at least 30 days have passed since the defendant asked the warden to file a motion for him. *See* 18 U.S.C. § 3582(c)(1)(A).

Little Coyote states that he made a request to the warden on October 3, 2021. *See* Mot. for Release (Doc. 48) at 3. He filed his motion in this Court on October 14, 2021. *See id*. at 6. The Court can only conclude that Little Coyote

1

failed to comply with the statute.

Accordingly, IT IS ORDERED that Little Coyote's motion to reduce the sentence (Doc. 48) is DISMISSED for failure to exhaust administrative remedies.

DATED this __25th__ day of October, 2021.

_____ 11:17 AM
Donald W. Molloy
United States District Court