IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR 13-74-BLG-DWM |
| Plaintiff, | |
| vs. | ORDER |
| MONTE CATO LITTLE COYOTE, JR., | |
| Defendant. | |

On, October 22, 2025, United States Magistrate Judge Timothy J. Cavan entered Findings and Recommendations with respect to the disposition of the revocation proceedings stemming from the February 21, 2025 petition for revocation of Defendant Monte Cato Little Coyote, Jr.'s supervised release. (Docs. 75, 94, 99.) The petition alleges five violations: (1) failure comply with substance abuse testing requirements; (2) failure to notify his probation officer within 72 hours following arrest; (3) arrest by Billings Police Department for driving under the influence; (4) failure to enter and complete an outpatient sex offender treatment program; and (5) arrest by the Bureau of Indian Affairs for driving under the influence. (Doc. 75.) On July 14, 2025, Judge Cavan conducted a final revocation hearing at which Little Coyote, Jr. admitted all violations and requested disposition

1

be delayed 90 days to allow completion of a dual PTSD and substance abuse treatment program. (Doc. 91, *see* Doc. 94.) Based on the admitted conduct, Judge Cavan found that Little Coyote, Jr. committed the violations alleged in the petition, but recommended the 90-day delay of disposition. (Doc. 93.) Judge Cavan's Findings and Recommendations were adopted in full and such delay was ordered. (Doc. 94.) On October 21, 2025, Judge Cavan conducted the final revocation hearing. (Doc. 98.) Judge Cavan recommended that supervised released be revoked and that this Court sentence Little Coyote, Jr, to 5 months imprisonment followed by 110 months of supervised release. (Doc. 99.)

Neither party has filed objections. Failure to object waives the right to review. Fed. R. Crim. P. 59(b)(2). But consistent with the Court's "full authority" to review the Findings and Recommendations under any standard it deems appropriate, *Thomas v. Arn*, 474 U.S. 140, 154 (1958), the Court reviews for clear error. Clear error exists if the Court is left with a "definite and firm conviction that a mistake has been committed." *United States v. Syrax*, 235 F.3d 422, 427 (9th Cir. 2000). Finding no clear error in Judge Cavan's conclusion that supervised released be revoked and that this Court sentence Little Coyote, Jr, to 5 months imprisonment followed by 110 months of supervised release, the Court adopts those findings and recommendations. (*See* Doc. 99.)

Accordingly, IT IS ORDERED that Judge Cavan's Findings and

2

Recommendations, (Doc. 99), is ADOPTED IN FULL.[1]

IT IS FURTHER ORDERED that the defendant's supervised release is revoked. Judgment will be entered by separate document.

DATED this 6 day of November, 2025.

Donald W. Molloy, District Judge
United States District Court

---

[1] The recommendation of "a term of 11 months supervised release[,]" (Doc. 99 at 8), is corrected to 110 months of supervised release.