IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR 13-74-BLG-DWM |
| Plaintiff, | |
| vs. | ORDER |
| MONTE CATO LITTLE COYOTE, JR., | |
| Defendant. | |

On April 23, 2026, United States Magistrate Judge Timothy J. Cavan entered Findings and Recommendations with respect to the disposition of the revocation proceedings stemming from the March 25, 2026 petition for revocation of Defendant Monte Cato Little Coyote, Jr.'s supervised release. (Docs. 103, 114.) The petition alleges three violations: (1) failure to enter and complete an outpatient sex offender treatment program; (2) failure to participate in substance abuse testing; and (3) contact with a child under 18 years old without prior written approval by the United States Probation Office. (Doc. 103.) On April 23, 2026, Judge Cavan conducted a final revocation hearing at which Little Coyote, Jr. admitted all violations. (Doc. 112.) Based on the admitted conduct, Judge Cavan found that Little Coyote, Jr. committed the violations alleged in the petition, and recommended that supervised released be revoked and that this Court sentence

1

Little Coyote, Jr., to 8 months imprisonment followed by 102 months of supervised release. (Doc. 114.)

Neither party has filed objections. Failure to object waives the right to review. Fed. R. Crim. P. 59(b)(2). But consistent with the Court's "full authority" to review the Findings and Recommendations under any standard it deems appropriate, *Thomas v. Arn*, 474 U.S. 140, 154 (1958), the Court reviews for clear error. Clear error exists if the Court is left with a "definite and firm conviction that a mistake has been committed." *United States v. Syrax*, 235 F.3d 422, 427 (9th Cir. 2000). Finding no clear error in Judge Cavan's conclusion that supervised released be revoked and that this Court sentence Little Coyote, Jr., to 8 months imprisonment followed by 102 months of supervised release, the Court adopts those findings and recommendations. (*See* Doc. 114.)

Accordingly, IT IS ORDERED that Judge Cavan's Findings and Recommendations, (Doc. 114), is ADOPTED IN FULL.

IT IS FURTHER ORDERED that the defendant's supervised release is revoked. Judgment will be entered by separate document.

DATED this ⁄⁄ day of May, 2026.

Donald W. Molloy, District Judge
United States District Court

2